IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID SCOTT and FRANK CULLARA,<br><br>Defendants. | Civil Action File<br>No.: 4:13-CV-197-WTM-GRS |

## CONSENT ORDER ALLOWING STATUS CONFERENCE TO BE HELD VIA TELEPHONE

The parties in the above-styled action having consented and agreed, the Court hereby ORDERS as follows:

1. The parties are permitted to hold their Status Conference via telephone. The Joint Status Report is due on March 17, 2014.

SO ORDERED, this 18TH day of March 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

**Prepared by:**
Seth M. Friedman
Georgia Bar No. 141501
WEISSMAN, NOWACK, CURRY & WILCO, P.C.
One Alliance Center
3500 Lenox Road, 4th Floor
Atlanta, Georgia 30326
(404) 926-4500